# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**STONEY BROOK FARM PROPERTY OWNERS' ASSOCIATION, INC.,**
Appellant,

v.

**STONEYBROOK FARMS GROUP, LLC, WALTER T. JERKINS, JR., JON F. MARONE, CHAD A. KELLY, GRADY WELCHEL, PREMIER INTERNATIONAL LAND INVESTMENTS, LLC, PREMIER CITRUS, LLC, LOCKWOOD LAND ACQUISITION GROUP, LLC, JOHNSON ROAD DEVELOPMENT GROUP, LLC, GROW FLORIDA LAND, LLC, LIBERGATOR, LLC,** and **GULFSTREAM LANDSCAPE MANAGEMENT OF INDIAN RIVER, LLC**
Appellees.

No. 4D2024-2553

[January 29, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Cynthia L. Cox, Judge; L.T. Case No. 312022CA000487.

Dwight Johnathan Rhodeback of Dill, Evans & Rhodeback, Sebastian, for appellant.

Michael Gerard Kissner, Jr. and Savannah Jordan Harris Unruh of Block & Scarpa, Vero Beach, for appellees Stoneybrook Farms Group, LLC, Walter T. Jerkins, Jr., Jon F. Marone, Chad A. Kelly, Grady Welchel, Premier International Land Investments, LLC, Premier Citrus, LLC, Lockwood Land Acquisition Group, LLC, Johnson Road Development Group, LLC, Grow Florida Land, LLC, and Libergator, LLC.

Aaron Van Johnson of Collins Brown Barkett, Chartered, Vero Beach, for appellee Gulfstream Landscape Management of Indian River, LLC.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., GROSS and GERBER, JJ., concur.

*       *       *

*Not final until disposition of timely-filed motion for rehearing.*